# United States District Court
# For The Western District of North Carolina
# Statesville Division

CARLOS RASHANE WRIGHT,

    Plaintiff(s),

vs.

FNU HAMES, OFFICER TRIPLETT,
OFFICER TRAVIS, AND OFFICER COOK,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV115-1-MU

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2009, Order.

Signed: May 20, 2009

Frank G. Johns, Clerk
United States District Court